UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Karon, | ) | Case No. 1:18 CV 1000 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| My Financial Solutions LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to a Settlement Agreement and Mutual Release reached by and between the Parties, this action is DISMISSED WITH PREJUDICE as to the claims of Plaintiff and DISMISSED WITHOUT PREJUDICE as to the claims of the unidentified putative class members, if any. Parties to bear their own respective attorneys' fees and costs, as provided in the Settlement Agreement and Mutual Release.

IT IS SO ORDERED.

    /s/*Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATE: July 9, 2018